JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| DONALD MCARTHY TRADING PTE., LTD,<br><br>Plaintiff,<br><br>v.<br><br>ALL-MET RECYCLING INC.,<br><br>Defendant. | Case № 8:24-cv-02670-ODW (ADSx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

The Court, having considered the parties' Stipulation for Dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby dismisses with prejudice the above-entitled action, including all claims and counterclaims. Each party shall bear its own costs and attorneys' fees. The Court **VACATES** all dates and deadlines. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

September 30, 2025

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**